06-MJ-00677-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOMA LELEA, )<br>)<br>Defendant. )<br>_____ ) | Case No. CR06-677 M<br>District of Hawaii CR 06-620 JMS<br><br>DETENTION ORDER |

Offenses charged:

    Count 1-15: Wire Fraud, in violation of 18 U.S.C. § 1343.

    Counts 16-19: Mail Fraud, in violation of 18 U.S.C. § 1341.

    Counts 20 - 29: Presenting an Altered Money Order, in violation of 18 U.S.C. § 500.

Date of Detention Hearing: December 21, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has significant ties to Western and American Samoa.

    (2)    Defendant is charged with serious issues involving false identification, immigration and passport documents. According to the indictment, the defendant has demonstrated an ability to create fictitious identity documents.

    (3)    Serious allegations have been raised regarding undisclosed financial assets and contradictory information regarding governmental assistance received.

(4) The defendant poses a serious risk of flight. There appear to be no conditions or combination of conditions short of detention that will reasonably assure the presence of the defendant in the District of Hawaii as required.

(5) This order is without prejudice to the defendant renewing a motion for release at his initial appearance in the District of Hawaii.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of December, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge